# In the United States Court of Federal Claims

No. 19-1033C
(Filed: August 29, 2019)

```
*************************************
                                    *
READINESS MANAGEMENT                *
SUPPORT L.C.,                       *
                Plaintiff,          *
                                    *
MIDWEST AIR TRAFFIC CONTROL         *
SERVICE, INC.,                      *
                                    *
                Intervenor Plaintiff *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant,          *
                                    *
DYNCORTP INTERNATIONAL, LLC,        *
                                    *
                Intervenor Defendant. *
                                    *
*************************************
```

**ORDER**

    On August 27, 2019, Plaintiff, Readiness Management Support L.C., filed a Notice of Voluntary Dismissal. On August 28, 2019, Intervenor Plaintiff, Midwest Ari Traffic Control Service, Inc., also filed a Notice of Voluntary Dismissal.  In light of the Notices, the Court dismisses with prejudice the above captioned case pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims.  The Clerk is directed to enter judgment accordingly.

    **IT IS SO ORDERED.**

s/Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge